■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSE ALLENDE.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten appellant's points, upon condition that the appellant serves one copy of the typewritten appellant's points on the District Attorney of New York County, and files six copies thereof with this court, together with the original record, on or before February 3, 1959, with notice of argument for the March 1959 Term of this court, said appeal to be argued or submitted when reached. Jewel Humphrey Bjork of 20 Exchange Place, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN D. QUINN, INC., v. INSPIRATION ENTERPRISES, INC., et al.— Motion granted only insofar as to permit reargument of that branch of the motion which sought a stay of arbitration, and upon reargument, the motion for a stay pending the hearing and determination of the appeals is granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 9, 1958, with notice of argument for the January 1959 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES JOHNSON against HENRY NOBLE, as Warden of the New York City Penitentiary, Riker's Island.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ MURRAY SORIN et al., v. SOLOMON E. SHAHMOON et al.— Motion dismissed, having become academic by virtue of the decision of this court (ante, p. 629) on November 5, 1958. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ HARRIET LEVY, as Assignee of BAYSHORE INDUSTRIES, INCORPORATED v. VANTINES, INC., et al.— Motion dismissed, having become academic by virtue of the decision of this court (ante, p. 632) and the stay contained in the order to show cause, dated October 22, 1958, is vacated. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ IRVING M. MARKS v. LUCILLE FISHER et al.— Motion dismissed in view of the decision of this court (ante, p. 632) and the stay contained in the order to show cause, dated October 24, 1958, vacated. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ MARIA NEUBAUER v. JULIUS NEUBAUER.— Motion dismissed, having become academic by virtue of the decision of this court (ante, p. 633) and the stay contained in the order to show cause, dated October 31, 1958, is vacated. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GUS KOTTEAKOS.— Application granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Application granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.